✎PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*

F I L E D
Clerk
District Court

DEC 2 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

CAI, LIANG PING

} CRIMINAL CASE NO. 04-00010-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 20, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc: AUSA
Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27th day of December, 2007.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands